**T. C. Fredrich, appellant, v. Board of Education of the City of Chicago, appellee. Gen. No. 38,468.**

Opinion filed December 16, 1935. Rehearing denied December 30, 1935.
Nels H. Olson and Harry A. Biossat, for appellant. Richard S. Folsom, for appellee; Frank S. Righeimer, Ralph W. Condee and Frank R. Schneberger, of counsel.
Mr. Justice Matchett delivered the opinion of the court.

**The People of the State of Illinois, defendant in error, v. Nick Basuris, plaintiff in error. Gen. No. 38,565.**

Opinion filed December 16, 1935. Rehearing denied December 30, 1935.
W. G. Anderson, for plaintiff in error. Otto Kerner, Attorney General, for defendant in error; J. J. Neiger, Assistant Attorney General, Thomas J. Courtney, State's Attorney, Edward E. Wilson, Henry E. Seyfarth and John T. Gallagher, Assistant State's Attorneys, of counsel.
Mr. Justice Matchett delivered the opinion of the court.

**M. Finkelstein, appellee, v. The Lawrence Avenue National Bank of Chicago and Frank J. Cimral, appellants. Gen. No. 38,160.**

Opinion filed December 16, 1935.
Thomas E. Keane and Lowenhaupt & Wolff, for appellants; Thomas E. Keane, James R. O'Leary and Oscar M. Wolff, of counsel. Joseph D. Bryan, for appellee; Joseph D. Bryan and James J. Cusack, Jr., of counsel.
Mr. Justice O'Connor delivered the opinion of the court.